1

2

3

4

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   ROGER TURNBOUGH,                    | Case No.  1:17-cv-01465-DAD-BAM (PC)

12                  Plaintiff,           | ORDER DIRECTING PLAINTIFF TO
                                         | SUBMIT COMPLETED SERVICE
13        v.                             | DOCUMENTS OR SHOW CAUSE WHY
                                         | THIS ACTION SHOULD NOT BE
14   HERNANDEZ, et al.,                  | DISMISSED FOR FAILURE TO
                                         | PROSECUTE
15                  Defendants.
                                         | (ECF No. 15)
16
                                         | **TWENTY-ONE (21) DAY DEADLINE**
17

18        Plaintiff Roger Turnbough ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

19   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against

20   Defendant Hernandez for failure to protect in violation of the Eighth Amendment.

21        On October 18, 2018, the Court issued an order authorizing service of Plaintiff's

22   complaint and forwarding service documents to Plaintiff for completion and return within thirty

23   days.  (ECF No. 15.)  The Court expressly warned Plaintiff that failure to comply with the Court's

24   order would result in dismissal of this action.  (Id. at 2.)

25        As of the date of this order, Plaintiff has not submitted the USM-285 form, summons, or

26   copies of the complaint.  Plaintiff has not complied with the Court's order.

27   ///

28   ///

                                         1

1

Accordingly, IT IS HEREBY ORDERED as follows:

2    1.  Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall submit

3        completed service documents for Defendant Y. Hernandez, as discussed in the Court's

4        October 18, 2018 order, or shall show cause in writing why this action should not be

5        dismissed for failure to prosecute; and

6    2.  **Plaintiff's failure to comply with this order will result in dismissal of this action for**

7        **failure to obey court orders and failure to prosecute.**

8

9    IT IS SO ORDERED.

10   Dated:    **November 28, 2018**              /s/ *Barbara A. McAuliffe*            _

11                                           UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28